**Appeal Dismissed and Memorandum Opinion filed July 23, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00260-CV

**FELICIA DUNGY, Appellant**

**V.**

**AVALON LP, Appellee**

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1124105**

## MEMORANDUM OPINION

This is an appeal from a final judgment signed March 18, 2019. Appellant's brief was due June 6, 2019. No brief or motion for extension of time to file the brief was filed.

On June 11, 2019, the court ordered appellant to file a brief by July 6, 2019.[1]

---

[1] July 6, 2019 was a Saturday. The order should have directed the brief to be filed by July 8, 2019.

We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion for extension of time to file the brief has been filed.

Therefore, the appeal is **DISMISSED**.


PER CURIAM


Panel consists of Justices Christopher, Bourliot, and Zimmerer